AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-CV-12685-IT

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* CORPORATION SERVICE COMPANY, REGISTERED AGENT, FOR EF EDUCATION FIRST, INC. was received by me on *(date)* Sep 22, 2025.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Jim DiVincenzo, Process Specialist, who is designated by law to accept service of process on behalf of *(name of organization)* CORPORATION SERVICE COMPANY, REGISTERED AGENT, FOR EF EDUCATION FIRST, INC. on *(date)* Mon, Sep 22 2025; at 1:47pm.

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

I declare under penalty of perjury that this information is true.

Date: September 23, 2025

*Server's signature*

WILLIAM H. DEWSNAP, III Process Server and Disinterested Person

*Printed name and title*

92 State Street 8th Floor, Boston, MA 02109

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Sep 22, 2025, 1:47 pm EDT at 84 STATE STREET, BOSTON, MA 02109 received by Jim DiVincenzo, Process Specialist.

**Documents Served:** SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; AND CLASS ACTION COMPLAINT

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASHER BRONSTIN | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 1:25-CV-12685-IT |
| | ) |
| EF EDUCATION FIRST, INC. | ) |
| *Defendant* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   CORPORATION SERVICE COMPANY, REGISTERED AGENT, FOR EF EDUCATION FIRST, INC.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
PARONICH LAW, P.C. , ANTHONY PARONICH, ESQ. , 350 LINCOLN ST SUITE 2400 , HINGHAM, MA 02043

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
                                    *Signature of Clerk or Deputy Clerk*